BEFORE THE FIRST DIVISION, NOVEMBER 10, 1954

**No. 58496.**—P. W. Drittler *v.* United States, protest 167751–K (Detroit).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *E. Dillingham, Inc.* (41 C. C. P. A. 221, C. A. D. 555), the claim for free entry under paragraph 1805 as pickets was sustained.